```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED INDOOR FOOTBALL      )
ASSOCIATION,                )
                            )
          Plaintiff,        )          8:04CV592
                            )
     v.                     )
                            )
NATIONAL INDOOR FOOTBALL    )            ORDER
LEAGUE,                     )
                            )
          Defendant.        )
                            )
```

    IT IS ORDERED:

    Defendant's unopposed motion for time, filing 42, is granted and the deadline for defendant to file a response to the motion to compel is extended to and including May 8, 2005.

    DATED this 27th day of April, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge