IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED INDOOR FOOTBALL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV592 |
| v. | ) ) ) | |
| NATIONAL INDOOR FOOTBALL LEAGUE, | ) ) ) | ORDER |
| Defendant. | ) ) | |

A conference call with counsel was held this date pursuant to <u>Fed. R. Civ. P.</u> 16 to discuss scheduling of the case to trial. Counsel agreed that it was premature at this point to proceed with scheduling. In accordance with the discussion during the conference,

IT IS ORDERED,

Within ten days following the court's ruling on the pending motion to dismiss, filing 15, counsel shall confer and thereafter shall contact the office of the undersigned to arrange another telephone conference to complete the scheduling process.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge