IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED INDOOR FOOTBALL ASSOCIATION, | ) ) ) | No. 8:04 CV 592 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| NATIONAL INDOOR FOOTBALL LEAGUE, | ) ) ) | |
| Defendant. | ) ) | |

    This matter is before the Court pursuant to Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Filing No. 58). The Court finds that Plaintiff's motion should be granted. Accordingly,

    IT IS ORDERED:

    1.    Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Filing No. 58) is granted.

    2.    Plaintiff shall respond to Defendant's Motion to Dismiss on or before August 3, 2005.

    Dated: July 7, 2005.

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge

387931