IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED INDOOR FOOTBALL ASSOCIATION, | ) ) ) | 8:04 CV 592 |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| NATIONAL INDOOR FOOTBALL LEAGUE, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Plaintiff's notice of dismissal (filing 65) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

August 25, 2005.         BY THE COURT:


                          s/ *Richard G. Kopf*
                         United States District Judge